### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                           **PLAINTIFF**

**V.S.**                            **CRIMINAL ACTION NUMBER:  3:05CR-124-R**

**MARIO ALBERTO DUQUE-SALINAS - 01**                            **DEFENDANT**

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY IN FELONY CASE

This matter has been referred to Magistrate Judge Dave Whalin by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11.  The Defendant, by consent and with Dennis Olgin, retained counsel, appeared before me on October 21, 2005, and entered a pleas of guilty as to Counts 1, 2 and 3, of the Information pursuant to a Rule 11 (c)(1)(B) plea agreement. The defendant, through counsel, also agreed to forfeit the items mentioned in Count 4 and 5 of the Information.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary as to Counts 1, 2 and 3, of the Information, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses.  I therefore recommend that the pleas of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly.  The defendant shall have ten (10) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

The defendant shall remain detained in the custody of the United States Marshal pending sentencing before the District Court.

Official Court Reporter:
Alan Wernecke

Court Interpreter:
Margaret Redd

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

-2-

1 20